## NATIONAL LIFE AND ACCIDENT INSURANCE COMPANY v. EASLEY.

Court of Appeals of Kentucky.

(Decided May 30, 1933.)

DELOZIER MOXLEY for movant.

CLIFFORD B. DYE for movee.

PER CURIAM.

Appeal denied; judgment affirmed.